UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONALD E. MASSEY, | ) |
| Appellant, | ) ) ) |
| v. | ) CASE NO. 1:05-cv-1061-DFH-TAB |
| BAKER O'NEAL HOLDINGS, INC. and AMERICAN PUBLIC AUTOMOTIVE GROUP, INC., | ) ) ) ) ) |
| Appellees. | ) |

ORDER ON EMERGENCY MOTION TO PRESERVE STATUS QUO

For reasons stated on the record on July 21, 2005, appellant Donald E. Massey's emergency motion to preserve the status quo is hereby denied, except that, in the event the Bankruptcy Court denies appellant's motion for setoff, the hold of $1,000,000 ordered in Paragraph 3 of the Bankruptcy Court's order of July 21, 2005 shall remain in effect for seven calendar days from the date of such denial.

So ordered.

Date: July 21, 2005

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Michael H. Carpenter
ZEIGER & CARPENTER
1600 Huntington Center
41 South High Street
Columbus, OH 43215

James Dimos
LOCKE REYNOLDS LLP
jdimos@locke.com

Andrew W. Hull
HOOVER HULL BAKER & HEATH LLP
awhull@hooverhull.com

Jeffrey A. Lipps
Carpenter & Lipps, LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215

Melanie D. Margolin
LOCKE REYNOLDS LLP
mmargolin@locke.com